AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| United States of America v. [1] JOSE ANTONIO DE LEON-PACHE, [2] MELVIN DIAZ-LINAS, and [3] MIKILENDY ESPIRITUSANTO-MARTINEZ | ) ) ) ) ) ) ) | Case No. 25-276 (M) |
|---|---|---|

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 13 and 14, 2025__ in the county of __--__ in the ____---_____ District of __Puerto Rico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(I) & (v)(II) | Aiding & abetting to bring, harbor, smuggle, conceal and transport illegal aliens into the United States **(ALL DEFENDANTS)** |
| 8 U.S.C. § 1325(a) | Improper entry to the United States **(ONLY [1] JOSE ANTONIO DE LEON-PACHE and [3] MIKILENDY ESPIRITUSANTO-MARTINEZ)** |
| 8 U.S.C. § 1326(a) | Reentry of removed alien **(ONLY [2] MELVIN DIAZ-LINAS)** |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.
Reviewed by: SAUSA Steven Liong-Rodríguez
Government respectfully requests temporary detention.

☑ Continued on the attached sheet.

_____
Complainant's signature

Luis Polo, Border Patrol Agent
Printed name and title

Sworn to before me pursuant to Fed. R. Cr. P. 4.1 by phone this 20th of March, 2025 at 9:19 PM

Date: 3/20/25

_____
Judge's signature

City and state: San Juan, Puerto Rico

Hon. Marcos E. López, U.S. Magistrate Judge
Printed name and title